MELBOURNE F. MIDDLETON, administrator of Ida Mildred Carter, deceased, appellant,

*v.*

WILLIAM D. CARTER, substituted administrator, respondent.

MELBOURNE F. MIDDLETON, administrator of William L. Carter, deceased, appellant,

*v.*

WILLIAM D. CARTER, substituted administrator, respondent.

[Argued June 30th, 1908. Decided November 16th, 1908.]

On appeals from decrees of the prerogative court, reported in *73 N. J. Eq. (3 Buch.) 624, 641.*

*Mr. Timothy J. Middleton* and *Mr. John J. Crandall,* for the appellant.

*Mr. Lewis Starr* and *Mr. Allen S. Morgan,* for the respondent.

PER CURIAM.

The decrees that are under review in these cases will be affirmed, for the reasons expressed in the opinions of Magie, ordinary.

*For affirmance*—THE CHANCELLOR, CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL —16.

*For reversal*—None.